UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

V.

HOWARD WESLEY PAGE

Case Number: 8:02-cr-408-T-30MAP
USM Number: 40593-018

David Secular, pda.
Defendant's Attorney

**THE DEFENDANT:**

___X___ admitted guilt to violation of charge number(s)___ONE, TWO, THREE, FOUR and FIVE___ of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| ONE | Failure to work regularly at a lawful occupation in violation of Condition Five of the Standard Conditions of Supervision | December 12, 2007 |
| TWO | Failure to notify ten days prior to any change in residence in violation of Condition Six of the Standard Conditions of Supervision (Grade C Violation) | December 27, 2007 |
| THREE | Positive urinalysis, Cocaine, in violation of Condition Seven of the Standard Conditions of Supervision (Grade C Violation) | December 6, 2007 |
| FOUR | Failure to submit to urinalysis in violation of Special Conditions of Supervision (Grade C Violation) | December 17, 2007 |
| FIVE | Failure to Participate in Drug Aftercare Treatment in violation of the Special Condition | January 3, 2008 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

February 28, 2008
Date of Imposition of Judgment

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE
28 Feb. 2008

Date

| DEFENDANT: | HOWARD WESLEY PAGE | Judgment - Page _2_ of _2_ |
| CASE NUMBER: | 8:02-cr-408-T-30MAP | |

## IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of SEVEN (7) MONTHS. Upon service of the sentence herein, the Defendant shall be discharged from further jurisdiction of the Court in this case.**

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

_____ at _____ a.m.    p.m.    on _____.

_____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

_____ before 2 p.m. on _____.

_____ as notified by the United States Marshal.

_____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By _____

DEPUTY UNITED STATES MARSHAL